IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| EDDIE WARNER | § | |
| VS. | § | CIVIL ACTION NO. 5:19cv49 |
| WARDEN FCI TEXARKANA | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Eddie Warner, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2141. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636.

Petitioner is incarcerated at the Federal Correctional Institution at Texarkana, Texas. Petitioner is not challenging his federal conviction and does not contend the Bureau of Prisons is improperly executing or calculating his sentence.

Instead, petitioner seeks clarification of sentences imposed by state courts in Louisiana. Petitioner was previously convicted of offenses in Franklin and Richland Parishes. He seeks clarification as to whether his state sentences were to be served concurrently with or consecutively to his federal sentence.

As the issues raised in the petition concern petitioner's state court convictions, and as petitioner is not challenging his federal conviction or the execution of his federal sentence, the Court is of the opinion this petition should be transferred to the federal judicial district where petitioner's state court sentences were imposed. Pursuant to 28 U.S.C. § 98, Franklin and Richland Parishes are both located in the Western District of Louisiana. This petition will therefore be transferred to such district.

<u>ORDER</u>

For the reasons set forth above, it is **ORDERED** that this petition is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

**SIGNED this 7th day of May, 2020.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE